[No. 39655-2-I.   Division One.   December 8, 1997.]

JAMES LEGGETT, *Appellant*, v. ELLIOTT POINTE LIMITED PARTNERSHIP, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-26398-4, George A. Finkle, J., entered October 4, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 15642-7-III.   Division Three.   December 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DESIRAE CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-8-00080-5, Bart Vandegrift, J. Pro Tem., entered March 26, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz and Brown, JJ.

[No. 16130-7-III.   Division Three.   December 9, 1997.]

*In the Matter of the Marriage of* MELVIN L. HOWARD, *Appellant*, and ANNA SUE HOWARD, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 95-3-00109-1, Tom Reynolds, J., entered July 30, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz and Brown, JJ.

[No. 16091-2-III.   Division Three.   December 11, 1997.]

BENTON COUNTY MOSQUITO CONTROL DISTRICT NO. 1, ET AL., *Appellants*, v. YAKIMA COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-2-01309-8, Dennis D. Yule, J., entered August 15, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Schultheis, J.